UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60450-CIV-MORENO

NUBIA PADILLA,

    Plaintiff,

vs.

GARDEN FRESH RESTAURANT CORP., a Florida Corporation d/b/a SWEET TOMATOES, and OAKWOOD PLAZA LIMITED PARTNERSHIP, a Florida Limited Partnership,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL AS TO DEFENDANT OAKWOOD PLAZA LIMITED PARTNERSHIP ONLY

THIS CAUSE came before the Court upon the Stipulation of Dismissal **(D.E. 26)**, filed **July 7, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant Oakwood Plaza Limited Partnership, with each Plaintiff and Defendant Oakwood Plaza Limited Partnership bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record